# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHANIEL J. WILLIAMS,

    Plaintiff,

v.

OFFICER YANNIS, *et al.*,

    Defendants.

Case No. 2:12-CV-00194-KJD-GWF

**ORDER**

    Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On March 19, 2012, Magistrate Judge George W. Foley issued an Order and Report and Recommendation (#2) recommending that Plaintiff's complaint be dismissed with prejudice for failing to state a claim upon which relief can be granted. Objections to the report and recommendation were due no later than April 6, 2012. More than the allotted time has elapsed and Plaintiff has not filed objections. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Order and Report of and Recommendation (#2) of the United States Magistrate Judge entered March 19, 2012, should be adopted and affirmed.

    Accordingly, **IT IS HEREBY ORDERED** that the Order and Report and Recommendation (#2) of the United States Magistrate Judge entered March 19, 2012, are **ADOPTED** and **AFFIRMED**;

1  **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED for failing
2  to state a claim upon which relief can be granted**.
3  DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge