1
2
3
4
5
6
7           **UNITED STATES DISTRICT COURT**
8              **DISTRICT OF NEVADA**
9
10   NATHANIEL J. WILLIAMS,
11          Plaintiff,                          Case No. 2:12-CV-00194-KJD-GWF
12   v.                                         **ORDER**
13   OFFICER YANNIS, *et al*.,
14          Defendants.
15
16          Plaintiff filed this action pursuant to 42 U.S.C. § 1983.  On March 19, 2012, Magistrate
17   Judge George W. Foley issued an Order and Report and Recommendation (#2) recommending that
18   Plaintiff's complaint be dismissed with prejudice for failing to state a claim upon which relief can be
19   granted.  Objections to the report and recommendation were due no later than April 6, 2012.  More
20   than the allotted time has elapsed and Plaintiff has not filed objections.  The Court has conducted a
21   *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB
22   3-2.  The Court finds that the Order and Report of and  Recommendation (#2) of the United
23   States Magistrate Judge entered March 19, 2012, should be adopted and affirmed.
24          Accordingly, **IT IS HEREBY ORDERED** that the Order and Report and Recommendation
25   (#2) of the United States Magistrate Judge entered March 19, 2012, are **ADOPTED** and
26   **AFFIRMED**;

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED for failing to state a claim upon which relief can be granted**.

DATED this 16th day of April 2012.

_____
Kent J. Dawson
United States District Judge